IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STEPHEN A. BREWSTER,**

   *Plaintiff*,
v.                                        Case No.: 4:25cv59-MW/MAF

**DEPT. OF CHILDREN AND
FAMILY SERVICES, et al.,**

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections[1] having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall note on the

---

[1] Weeks after the report and recommendation was docketed, a "notice" from Plaintiff was also docketed. ECF No. 5. However, this "notice" does not respond to the report and recommendation, but instead apparently seeks to add additional plaintiffs to this case.

docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g) and close the file.

**SO ORDERED on March 5, 2025.**

**s/Mark E. Walker**
**Chief United States District Judge**
